### 12764.   KNIGHT *v.* THE STATE.

BROYLES, C. J. 1. The amendment to the motion for a new trial, complaining of the repelling of certain testimony offered by the accused, cannot be considered, as the amendment is not complete and understandable without a reference to other parts of the record.

2. The case was submitted to the judge without the intervention of a jury, and the evidence authorized the defendant's conviction.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 17, 1921.

Accusation of operating motor-vehicle without light on front; from city court of Miller county — Judge Geer. July 29, 1921.

*N. L. Stapleton,* for plaintiff in error.

*P. D. Rich, solicilor,* contra.